UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> Vessel, OCEAN EXPRESS, etc., et al., <br><br> Defendants. | Case No. 06-CV-1024-BEN(JMA) <br><br> **ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On October 5, 2006 at 9:30 a.m., the Court convened a telephonic Case Management Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>October 26, 2006</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>November 9, 2006</u>

3. A proposed joint discovery plan shall be lodged with

Magistrate Judge Adler's chambers on or before <u>November 9, 2006</u> (the parties should consult Rule 26(f) for the substance of the discovery plan); and,

    4.   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **November 16, 2006** at **3:30 p.m.** before Magistrate Judge Adler. All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED: October 6, 2006

                                     Jan M. Adler
                                     U.S. Magistrate Judge