CHARLES S. DONOVAN, CAL. BAR NO. 103667
AMY B. NORRIS, CAL. BAR NO. 201147
NATHAN THOMAS, CAL. BAR NO. 234931
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:   cdonovan@sheppardmullin.com

Attorneys for Plaintiff
CitiCapital Commercial Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORPORATION,<br><br>            Plaintiff,<br><br>  v.<br><br>Vessel OCEAN EXPRESS, Official No. 1038282, her engines, tackle, apparel, etc., *in rem*, Dive Connections, Inc., Ocean Express, Inc., Barry Punshon, *in personam*,<br><br>            Defendants.<br>_____ | Case No.   06 CV 1024<br><br>**ORDER CONFIRMING INTERLOCUTORY SALE AND RELEASING SUBSTITUTE CUSTODIAN** |

On September 11, 2006, plaintiff CitiCapital Commercial Corporation ("CitiCapital") moved this Court for an order authorizing interlocutory sale of the defendant Vessel OCEAN EXPRESS, Official No. 1038282, her engines, tackle, apparel, etc. ("OCEAN EXPRESS"). On November 1, 2006, this Court issued an order authorizing interlocutory sale of OCEAN EXPRESS. On November 28, 2006, pursuant to a joint motion by the parties, this Court issued an amended order authorizing interlocutory sale of OCEAN EXPRESS.

1    On December 6, 2006, the United States Marshal's Service conducted a public auction sale of the OCEAN EXPRESS. CitiCapital made a credit bid of $50,000.00 to purchase the OCEAN EXPRESS. The United States Marshal's Service sold the OCEAN EXPRESS to CitiCapital, the highest bidder at the sale, in exchange for the $50,000.00 credit bid. Since the December 6, 2006 sale, no party has filed an opposition to the sale with this Court.

Pursuant to Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Civil Local Rule E.1 (e)(2), this Court confirms the sale of the OCEAN EXPRESS to CitiCapital.

The United States Marshal's Service is ordered deliver a bill of sale for the OCEAN EXPRESS to CitiCapital. The OCEAN EXPRESS shall be conveyed "as is, where is, free and clear of any and all claims, liens and encumbrances of any type whatsoever".

Driscoll, Inc. is relieved of its duties as substitute custodian and is ordered to release the OCEAN EXPRESS to CitiCapital.

**IT IS SO ORDERED.**

DATED: January 8, 2007

_____
Jan M. Adler
U.S. Magistrate Judge